08-00464 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

v.

Ewan McGregor, Liam Neeson,
Defendants

Civil No: 
650

Complaint

Comes now Plaintiff Jonathan Lee Riches© moves under 42 USC 1983. Defendants told Administration at FCI Williamsburg to give me a clean blanket once a month, I'm in solitary confinement, I can't wash my own clothes. I'm subjected to dirty laundry, that gives me a rash, this is unconstitutional. I seek $650 thousand for emotional distress.

Respectfully Submitted
Jonathan Lee Riches©